UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY F. CHURCHILL,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>             Defendant. | CASE NO. C09-5311FDB<br><br>ORDER |

After reviewing the parties' stipulation to allow the withdrawal of plaintiff's counsel and the agreement to extend the court's briefing schedule (Doc. 11), the court hereby GRANTS the stipulated motion. The clerk is directed to remove Mr. Talbot as counsel of record for the plaintiff. The parties shall conform to the following briefing schedule.

Plaintiff's Opening Brief shall be filed on or before October 22, 2009, Defendant's Response Brief shall be filed on or before November 20, 2009, and Plaintiff's Reply Brief shall be filed on or before December 4, 2009.

DATED this 28th day of September, 2009.

                                              J. Richard Creatura
                                              United States Magistrate Judge