UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY F. CHURCHILL, | |
| Plaintiff, | CASE NO. C09-5311FDB |
| v. | ORDER GRANTING REQUEST TO AMEND BRIEFING SCHEDULE |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the court on plaintiff's request to have more time to file his opening brief (Doc. 14). The court notes that it has not received a response to the request from defendant. However, the court further notes that it does not appear plaintiff properly served defendant with a copy of his request, as is required of all motions and pleadings submitted to the court. Regardless, the court will grant this final extension, and the court hereby directs the parties to conform to the following amended briefing schedule:

1 | Plaintiff's Opening Brief shall be filed on or before November 30, 2009, Defendant's
2 | Answering Brief shall be filed on or before December 30, 2009, and Plaintiff's Reply Brief shall be
3 | filed on or before January 14, 2009.

DATED this 2nd day of November, 2009.

／s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge