UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY F. CHURCHILL,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL ASTRUE, Commissioner of<br>Social Security,<br><br>          Defendant. | CASE NO. C09-5311FDB<br><br>ORDER |

After reviewing plaintiff's motion for an extension of time (Doc. 17), the court finds and orders as follows:

The motion is **GRANTED**. Plaintiff's Opening Brief shall be filed on or before **March 1, 2010**, Defendant's Answering Brief shall be filed on or before **April 1, 2010**, and Plaintiff's Reply Brief shall be filed on or before **April 16, 2010**. Any request for oral argument shall be submitted no later than April 23, 2010.

The court notes that this is the third time the briefing schedule has been extended to allow plaintiff the opportunity to obtain new counsel and file the required briefing. Plaintiff shall note that this will be the last and final extension of time in this matter unless good cause can be shown. If an opening brief, either filed by plaintiff appearing on his own behalf or with the

ORDER - 1

assistance of counsel, is not filed by the date set forth above, the undersigned will recommend dismissal of this matter for lack of prosecution.

DATED this 27th day of January, 2010.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge