UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY F. CHURCHILL,<br><br>                    Plaintiff,<br><br>         v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>                    Defendant. | CASE NO.  C09-5311FDB/JRC<br><br>ORDER TO FILE OPENING BRIEF OR SHOW CAUSE |

The matter is before the court due to the fact that plaintiff has not filed an opening brief as directed by the court.

On August 14, 2009, defendant filed his Answer to the Complaint, and after two extensions of time, the court directed plaintiff to file his opening brief by not later than March 1, 2010.  To date, the clerk of the court has not received any pleadings from plaintiff.

Accordingly, **by not later than May 18, 2010, plaintiff shall either file the opening brief or show cause why this matter should not be dismissed for failure to prosecute.**

The clerk is directed to send a copy of this order to plaintiff and counsel of record.

DATED this 21st day of April, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 1