UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY F. CHURCHILL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　　　Defendant. | CASE NO. C09-5311RJB<br><br>REPORT AND RECOMMENDATION<br><br>Noted for August 27, 2010 |

　　　This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This case is before the court on plaintiff's failure to respond to the court's order to show cause issued on April 21, 2010. After carefully reviewing the record, the undersigned recommends that the case be dismissed for lack of prosecution.

　　　Plaintiff, Jeffrey Churchill, resides in Ravensdale, Washington. On or about June 1, 2009, plaintiff submitted, with assistance of an attorney, a civil complaint, alleging the Social Security Administration failed to properly consider his applications for social security benefits.

REPORT AND RECOMMENDATION - 1

On September 9, 2009, the undersigned reviewed the record in light of a motion or request from plaintiff's attorney to withdraw from representation, and granted an extension of time for plaintiff to file an opening brief. Since that time the court has provided ample time to allow plaintiff to find a new attorney and/or file an opening brief on his own behalf.

On April 21, 2010, the court reviewed the matter again and found an opening brief had not been submitted. The court issued an order directing plaintiff to file his brief by no later than May 18, 2010, or show cause why this matter should not be summarily dismissed for lack of prosecution. To date, plaintiff has not filed his opening brief.

## CONCLUSION

Based on the foregoing and in accordance with Local General Rule GR3, the Court should dismiss this matter for lack of prosecution. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on August 27, 2010, as noted in the caption.

DATED this 5th day of August, 2010.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2